Order issued October 4 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00854-CV

## IN THE INTEREST OF E.G.L., A CHILD

## ORDER

The Motion for Rehearing En Banc filed by appellant is hereby DENIED.

ELIZABETH LANG-MIERS
JUSTICE